AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HEARTFIELD, THAD | U.S.D.C. - TEXAS EASTERN | 7/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE - SENIOR | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

300 WILLOW STREET, RM. 212
BEAUMONT, TEXAS 77701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 7/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HEARTFIELD, THAD** | 7/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 7/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American General Life Services Co LLC | A | Interest | J | T | | | | | |
| 2. American General Life Services Co LLC | A | Interest | J | T | | | | | |
| 3. Wells Fargo, Checking | A | Interest | M | T | | | | | |
| 4. Wells Fargo, Checking | A | Interest | J | T | | | | | |
| 5. Wells Fargo, Checking | A | Interest | K | T | | | | | |
| 6. Dorado Oil Co., Corpus Christi, TX | A | Royalty | J | T | | | | | |
| 7. Loan | D | Interest | M | U | | | | | Craig S & Shannon Adlong |
| 8. UBS RMA Money Market | A | Interest | M | T | | | | | |
| 9. UBS RMA Money Market | A | Interest | K | T | | | | | |
| 10. Adient PLC | A | Dividend | | | Sold | 03/15/18 | J | A | |
| 11. Apple Inc | A | Dividend | | | Sold | 12/20/18 | J | C | |
| 12. Applied Materials Inc | A | Dividend | | | Sold | 06/27/18 | J | A | |
| 13. Caterpillar Inc. | A | Dividend | | | Sold | 06/05/18 | J | B | |
| 14. Chevron Corp | A | Dividend | | | Sold | 06/22/18 | J | A | |
| 15. Chubb Ltd | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 16. Coca Cola Co. | A | Dividend | | | Sold | 03/15/18 | J | A | |
| 17. Colgate Palmolive Co. | A | Dividend | | | Sold | 03/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Halliburton Co. | A | Dividend | | | Sold | 06/22/18 | J | B | |
| 19.   Home Depot Inc. | A | Dividend | | | Sold | 10/11/18 | K | C | |
| 20.   Intel Corp | A | Dividend | | | Sold | 07/27/18 | K | D | |
| 21.   Johnson & Johnson Co. | A | Dividend | | | Sold | 05/29/18 | J | B | |
| 22.   McDonalds Corp. | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 23.   Medtronic PLC | A | Dividend | | | Sold | 03/15/18 | J | A | |
| 24.   Microsoft Corp | A | Dividend | | | Sold | 12/21/18 | J | D | |
| 25.   Nextera Energy Inc. | A | Dividend | | | Sold | 12/24/18 | J | C | |
| 26.   Pepsico, Inc. | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 27.   Stanley Black & Decker, Inc. | A | Dividend | | | Sold | 06/05/18 | J | C | |
| 28.   Texas Instruments | A | Dividend | | | Sold | 04/05/18 | K | D | |
| 29.   United Technologies Corp. | A | Dividend | | | Buy | 10/26/18 | J | | |
| 30.   United Technologies Corp. | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 31.   Visa Inc. CLA | A | Dividend | | | Sold | 09/27/18 | J | B | |
| 32.   Enterprise Products Partner LP | A | Dividend | | | Sold | 12/24/18 | J | A | |
| 33.   JP Morgan Chase & Co. | A | Dividend | | | Buy | 01/18/18 | J | | |
| 34.   JP Morgan Chase & Co. | A | Dividend | | | Buy | 01/19/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 7/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 06/22/18 | J | A | |
| 36. Honeywell Int'l Inc. | A | Dividend | | | Buy | 01/24/18 | J | | |
| 37. | | | | | Sold | 06/28/18 | J | A | |
| 38. SPDR S&P Regional Banking ETF | A | Dividend | | | Buy | 01/24/18 | J | | |
| 39. | | | | | Sold | 10/12/18 | J | A | |
| 40. Praxair Inc. | A | Dividend | | | Buy | 01/31/18 | J | | |
| 41. | | | | | Sold | 12/24/18 | J | A | |
| 42. Netflix, Inc. | | None | | | Buy | 02/09/18 | J | | |
| 43. Netflix, Inc. | | None | | | Buy | 06/27/18 | J | | |
| 44. | | | | | Sold | 07/31/18 | K | C | |
| 45. Salesforce.com Inc. | | None | | | Buy | 03/12/18 | J | | |
| 46. | | | | | Sold | 12/20/18 | J | A | |
| 47. Adient PLC | A | Dividend | | | Sold | 3/15/18 | J | A | |
| 48. Pacer Trendpilot 100 ETF | A | Dividend | J | T | Buy | 05/10/18 | J | | |
| 49. Pacer Trendpilot US LC ETF | A | Dividend | J | T | Buy | 05/10/18 | J | | |
| 50. Pacer Trendpilot US MidCap ETF | A | Dividend | J | T | Buy | 05/10/18 | J | | |
| 51. Raytheon Co New | A | Dividend | | | Buy | 05/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 7/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/11/18 | J | A | |
| 53. Eastman Chemical Co | A | Dividend | | | Buy | 06/05/18 | J | | |
| 54. | | | | | Sold | 10/05/18 | J | A | |
| 55. EOG Resources Inc. | A | Dividend | | | Buy | 06/05/18 | J | | |
| 56. | | | | | Sold | 12/20/18 | J | A | |
| 57. Amazon.com Inc. | | None | | | Buy | 06/27/18 | K | | |
| 58. | | | | | Sold | 10/11/18 | K | A | |
| 59. Amazon.com Inc. | | None | | | Buy | 10/11/18 | K | | |
| 60. Amazon.com Inc. | | None | | | Buy | 10/26/18 | K | | |
| 61. | | | | | Sold | 12/20/18 | K | A | |
| 62. Nike Inc. CIB | A | Dividend | | | Buy | 06/05/18 | J | | |
| 63. | | | | | Sold | 09/04/18 | J | A | |
| 64. Suntrust Banks Inc. | A | Dividend | | | Buy | 06/22/18 | J | | |
| 65. | | | | | Sold | 10/02/18 | J | A | |
| 66. Home Depot | A | Dividend | | | Buy | 10/12/18 | K | | |
| 67. | | | | | Sold | 12/21/18 | K | A | |
| 68. UBS #1 Money Market | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 7/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Caterpillar Inc. | A | Dividend | | | Sold | 06/22/18 | K | D | |
| 70. Cummins Inc. | A | Dividend | | | Sold | 03/12/18 | J | A | |
| 71. Home Depot Inc. | A | Dividend | | | Sold | 10/11/18 | K | A | |
| 72. Texas Instruments | A | Dividend | | | Sold | 04/09/18 | J | B | |
| 73. WP Carey Inc. | A | Dividend | | | Sold | 03/12/18 | J | A | |
| 74. Pacer Trendpilot MC ETF | A | Dividend | K | T | | | | | |
| 75. Pacer Trendpilot LC ETF | A | Dividend | K | T | | | | | |
| 76. Pacer Trendpilot 100 ETF | A | Dividend | K | T | | | | | |
| 77. Vanguard REIT ETF | A | Dividend | | | Sold | 03/12/18 | J | A | |
| 78. Ishares TIPS Bond ETF | B | Interest | L | T | | | | | |
| 79. Federated Bond Fund | B | Interest | L | T | | | | | |
| 80. Guggenheim Total Return Fund | A | Interest | L | T | | | | | |
| 81. Lord Abbott Bond Debent Fund | C | Interest | L | T | | | | | |
| 82. Performance Trust Strat Fund | C | Interest | L | T | | | | | |
| 83. Western Assett Core Plus Bond | B | Interest | L | T | | | | | |
| 84. American Funds Balanced Fund | D | Dividend | M | T | | | | | |
| 85. Amazon.com Inc | | None | | | Sold | 10/11/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 7/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 10/11/18 | K | | |
| 87. | | | | | Sold | 12/20/18 | K | A | |
| 88. Accenture PLC Ireland | A | Dividend | | | Buy | 03/12/18 | J | | |
| 89. | | | | | Sold | 12/20/18 | J | A | |
| 90. Alphabet Inc. CLA | | None | | | Buy | 03/12/18 | J | | |
| 91. | | | | | Sold | 12/21/18 | J | A | |
| 92. Home Depot | A | Dividend | | | Buy | 10/12/18 | K | | |
| 93. | | | | | Sold | 12/21/18 | K | A | |
| 94. Kraft Heinz Co | | None | | | Buy | 10/12/18 | J | | |
| 95. | | | | | Sold | 11/02/18 | J | A | |
| 96. Lord Abbett Floating Rate | A | Interest | K | T | Buy | 05/29/18 | K | | |
| 97. American Funds Balanced | D | Dividend | M | T | | | | | |
| 98. Federated HY Bond Fund | A | Interest | | | Sold | 05/29/18 | K | A | |
| 99. Unts AAA Dial High Income #39 | A | Interest | | | Redeemed | 01/05/18 | J | A | |
| 100. Unts AAA Dial High Income #55 | A | Interest | | | Redeemed | 06/14/18 | J | A | |
| 101. HTF Amer Growth Fund | | None | M | T | | | | | |
| 102. HTF Amer Growth & Income | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 7/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  HTF Amer Global Growth | | None | L | T | | | | | |
| 104.  HTF Franklin Mutual Shares | | None | L | T | | | | | |
| 105.  Jackson Blackrock Nat'l Resources | | None | K | T | | | | | |
| 106.  Jackson Mellon Cup JNL5 | | None | K | T | | | | | |
| 107.  Jackson Franklin Temp Global Growth | | None | K | T | | | | | |
| 108.  Jackson FPA & DL Flex Alloc | | None | K | T | | | | | |
| 109.  Jackson Oppenheimer Glbl Growth | | None | K | T | | | | | |
| 110.  Jackson Inversco Glbl Real Estate | | None | K | T | | | | | |
| 111.  Jackson American Int'l | | None | K | T | | | | | |
| 112.  Jackson Mellon Oil & Gas Sector | | None | J | T | | | | | |
| 113.  Jackson Invesco Mid Cap Valve | | None | J | T | | | | | |
| 114.  Jackson JPMorgan Mid Cap Grth | | None | J | T | | | | | |
| 115.  UBS #3 Money Market | A | Interest | J | T | | | | | |
| 116.  HTF Amer Growth & Income | | None | K | T | | | | | |
| 117.  HTF Amer Growth | | None | K | T | | | | | |
| 118.  HTF Amer Global Growth | | None | K | T | | | | | |
| 119.  HTF Franklin Mutual Shares | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 7/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Texas State Water FINL 5% due 8/1/2018 | A | Interest | | | Redeemed | 08/01/18 | K | A | |
| 121. Alabama St. Public Schools 2.5% due 3/1/2024 | B | Interest | L | T | | | | | |
| 122. Univ of North Texas 5% due 4/15/2024 | B | Interest | K | T | | | | | |
| 123. Eaton Vance Sen Floating Rate Trust | B | Dividend | K | T | | | | | |
| 124. Eaton Vance Sen Floating Rate | B | Dividend | K | T | | | | | |
| 125. Powershares ETF | A | Dividend | K | T | | | | | |
| 126. ML Bank Deposit Program | A | Interest | N | T | | | | | |
| 127. Nuveen Quality Muni Income Fund | B | Dividend | K | T | | | | | |
| 128. Nuveen Muni Credit Income Fund | B | Dividend | K | T | | | | | |
| 129. Invesco Senior Loan ETF | B | Dividend | K | T | | | | | |
| 130. Metropolitian Trans Auth 5% 5/15/2020 | B | Interest | M | T | | | | | |
| 131. Miami Dade FLA Sch Dist. 5% 6/15/19 | A | Interest | M | T | | | | | |
| 132. University Texas 5% 8/15/2020 | A | Interest | L | T | | | | | |
| 133. Royse City TX ISD 5% 08/15/2020 | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **HEARTFIELD, THAD** | 7/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THAD HEARTFIELD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544